# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

No. 23-1182

**Jane Doe,**

*Plaintiff-Appellant*,

v.

**Charlotte Mecklenburg Board of Education, Bradley Leak, Anthony Perkins, and City of Charlotte,**

*Defendant-Appellees*.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA AT CHARLOTTE
3:18-CV-00586-RJC-DSC
District Judge Robert J. Conrad

NOTICE OF TECHNICAL DIFFICULTIES UPLOADING JOINT APPENDICES

**COMES NOW JANE DOE,** hereinafter "Plaintiff-Appellant," by and through her undersigned counsel, and hereby respectfully notifies this Honorable Court that the ECF filing system would not accept the Joint Appendix, which is in four volumes, or the Sealed Joint Appendix, which is in two volumes, due to the following error message: "Documents with executable code are not permitted." Counsel for Plaintiff-Appellant is actively researching how to resolve this issue, which will likely require some level of technical assistance and has provided Defendant-Appellees Dropbox access to these documents in the interim. Counsel will call the Clerk of Courts tomorrow for further guidance and has filed the tables in the interim.

1

This the 21st of September 2023.                    Respectfully,

                                                                           _____
                                                                           Laura L. Dunn, Esq.
                                                                           **L.L. DUNN LAW FIRM PLLC**
                                                                           1717 K Street NW, Suite 900
                                                                           Washington, DC  20008
                                                                           Telephone: (202) 822-5023
                                                                           Facsimile: (202) 776-0136
                                                                           LLD@LLDunnLaw.com

                                                                           *Attorney for Plaintiff-Appellant*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion was served on all attorneys of record using the Court's CM/ECF system, which will send notification of such filing them as CM/ECF participants.

| Terry L. Wallace<br>**Wallace Law Firm, PLLC**<br>6000 Fairview Road<br>Suite 1200<br>Charlotte, NC 28210<br>Telephone: (704) 626-2903<br>Facsimile: (704) 626-3476<br>terry@wallacelawnc.com | Steven A. Bader<br>Patrick H. Flanagan<br>Stephanie H. Webster<br>**Cranfill Sumner, LLP**<br>P.O. Box 30787<br>Charlotte, NC, 28230<br>Telephone: (704) 332-8300<br>Facsimile: (704) 332-9994<br>sbader@cshlaw.com<br>phf@cshlaw.com<br>swebster@cshlaw.com | Lori R. Keeton Law<br>**Offices of Lori Keeton**<br>6000 Fairview Road, Suite 1200<br>Charlotte, NC 28210<br>Telephone: (704) 575-9204<br>Facsimile: (704) 919-5059<br>lkeeton@lorikeetonlaw.com |
|---|---|---|
| *Attorney for Defendant-Appellees Anthony Perkins and Charlotte-Mecklenburg School Board of Education* | *Attorneys City of Charlotte* | *Attorney for Defendant-Appellees Bradly Leak and City of Charlotte* |

This the 21st of September 2023.    Respectfully,

_____
Laura L. Dunn, Esq.
**L.L. DUNN LAW FIRM PLLC**
1717 K Street NW, Suite 900
Washington, DC 20008
Telephone: (202) 822-5023
Facsimile: (202) 776-0136
LLD@LLDunnLaw.com

*Attorney for Plaintiff-Appellant*